1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL VINCENT,

11          Plaintiff,                   No.  CIV S-12-0196 GGH P

12      vs.

13   MIKE SMITH, et al.,

14          Defendants.              ORDER FOR PAYMENT

15   _____/   OF INMATE FILING FEE

16   To:  The Sheriff of Plumas County, Attention:  Inmate Trust Account, 50 Abernathy Lane,

17   Quincy, CA 95971:

18          Plaintiff, a pre-trial detainee proceeding pro se and in forma pauperis, is obligated

19   to pay the statutory filing fee of $350.00 for this action.  Plaintiff will not be assessed an initial

20   partial filing fee.  Plaintiff will be obligated to make monthly payments in the amount of twenty

21   percent of the preceding month's income credited to plaintiff's trust account.   The Sheriff of

22   Plumas County is required to send to the Clerk of the Court the initial partial filing fee and

23   thereafter payments from plaintiff's prison trust account each time the amount in the account

24   exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

25   \\\\\

26   \\\\\

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2        1.  There will be no initial filing fee.

3        2.  The Sheriff of Plumas County or a designee shall collect from plaintiff's prison

4    trust account the $350.00 balance of the filing fee by collecting monthly payments from

5    plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding

6    month's income credited to the prisoner's trust account and forwarding payments to the Clerk of

7    the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. §

8    1915(b)(2).  The payments shall be clearly identified by the name and number assigned to this

9    action.

10       3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

11   plaintiff's signed in forma pauperis affidavit on The Sheriff of Plumas County, Attention:  Inmate

12   Trust Account, 50 Abernathy Lane, Quincy, CA 95971

13       4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

14   Department of the court.

15   DATED: February 7, 2012

16                      /s/ Gregory G. Hollows
                     UNITED STATES MAGISTRATE JUDGE

17

   vinc0196.cdc.
18

19

20

21

22

23

24

25

26